DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BESSIE I. POSTELL,**
Appellant,

v.

**COMERICA BANK,**
Appellee.

No. 4D22-595

[April 20, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. CACE18-011937.

Catherine A. Riggins, Miami, for appellant.

Ileen J. Cantor and Ronald M. Gaché of LOGS Legal Group, LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***